**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:

        Chapter 11

Allonhill, LLC,
    Debtor         Case No. 14-10663 (KG)

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )    Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

( )    No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

(X)    Insufficient response to the United States Trustee communication/contact for service on the committee.

( )    No unsecured creditor interest

( )    Non-operating debtor-in-possession - - No creditor interest.

( )    Application to convert to Chapter 7 or to dismiss pending.

( )    Converted or dismissed.

( )    Other:

        **ROBERTA A. DeANGELIS**
        **UNITED STATES TRUSTEE**

        /s/   Jane M. Leamy, for
        T. PATRICK TINKER
        Assistant United States Trustee

DATED: April 10, 2014