# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ALLONHILL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10663 (KG)<br><br>**Related D.I.**: 464, 465, 490, 507, 508, 511, 512, 513, and 535 |

### NOTICE OF FILING OF SECOND AMENDED DISCLOSURE STATEMENT IN SUPPORT OF SECOND AMENDED PLAN OF REORGANIZATION OF ALLONHILL, LLC AND SUPPLEMENTED AND REVISED EXHIBITS THERETO

**PLEASE TAKE NOTICE THAT** on August 17, 2015, the above-captioned debtor (the "**Debtor**") filed (1) the *Disclosure Statement in Support of Chapter 11 Plan of Reorganization for Allonhill, LLC* [D.I. 465] (the "**Disclosure Statement**"), and (2) the *Chapter 11 Plan of Reorganization for Allonhill, LLC* [D.I. 464] (the "**Plan**"); on August 26, 2015, the Debtor filed the *Motion of the Debtor for Order (I) Approving the Disclosure Statement, (II) Establishing Solicitation, Voting and Tabulation Procedures, (III) Appointing a Voting Agent, and (IV) Scheduling a Confirmation Hearing and Approving the Form and Manner of Notice Thereof* [D.I. 481] (the "**Motion**"), which included a proposed form of order attached as Exhibit A to the Motion (the "**Original Solicitation Order**").

**PLEASE TAKE FURTHER NOTICE THAT** on October 2, 2015, the Debtor filed (1) the *First Amended Disclosure Statement in Support of First Amended Chapter 11 Plan of Reorganization for Allonhill, LLC* [D.I. 511] (the "**Amended Disclosure Statement**"), (2) the *First Amended Chapter 11 Plan of Reorganization for Allonhill, LLC* [D.I. 507] (the "**Amended Plan**"), (3) a blackline comparing the Amended Plan to the Plan [D.I. 508], (4) a blackline comparing the Amended Disclosure Statement to the

Disclosure Statement [D.I. 512]; and (5) the *Notice of Filing of Amended Proposed Order (I) Approving the Disclosure Statement, (II) Establishing Solicitation, Voting and Tabulation Procedures, (III) Appointing a Voting Agent, and (IV) Scheduling a Confirmation Hearing and Approving the Form and Manner of Notice Thereof* [D.I. 513], which attached an amended version of the Original Solicitation Order (as amended, the "**Amended Solicitation Order**").  The Debtor filed certain exhibits with the Amended Disclosure Statement (the "**Original Disclosure Statement Exhibits**").

**PLEASE TAKE FURTHER NOTICE THAT** on October 21, 2015, the Debtor filed that certain *Notice of Filing of Blacklines of Second Amended Plan, Second Amended Disclosure Statement, and Second Amended Solicitation Order* [D.I. 535], which contained blacklines reflecting the changes from the Amended Disclosure Statement (as further amended, the "**Second Amended Disclosure Statement**"); Amended Plan and the Amended Solicitation Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Second Amended Disclosure Statement and the exhibits to the Second Amended Disclosure Statement (the "**Revised Disclosure Statement Exhibits**") are attached here.  The Revised Disclosure Statement Exhibits supplement and replace certain of the Original Disclosure Statement Exhibits.

*[signature page follows]*

| | |
|---|---|
| Dated: October 22, 2015<br>      Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Neil B. Glassman (No. 2087)<br>Justin R. Alberto (No. 5126)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>E-mail:  nglassman@bayardlaw.com<br>           jalberto@bayardlaw.com<br>           emiller@bayardlaw.com<br><br>- and -<br><br>Peter A. Ivanick, Esq.<br>Lynn Holbert, Esq.<br>HOGAN LOVELLS US LLP<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 918-3000<br>Facsimile: (212) 918-3100<br>E-mail:  peter.ivanick@hoganlovells.com<br>           lynn.holbert@hoganlovells.com<br><br>*Counsel to the Debtor and Debtor in Possession* |