# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ALLONHILL, LLC | | |
| **Case Number:** | 14-10663-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 23, 2015 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matter:*

DISCLOSURE STATEMENT;

**R / M #:**   539 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

#1 - CNO Filed and Order Signed

#2 - Confirmation hearing moved from 11/24/15 to 12/17/15 @ 10 am; Order to be submitted under  Certification of Counsel.