## Claims Register as of 07/01/2018
Sorted Alphabetically

| CLAIM NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS | TOTAL AMOUNT | SECURED | PRIORITY | UNSECURED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | BECKET AND LEE LLP | ATTORNEYS/AGENT FOR CREDITOR | POB 3001 | MALVERN | PA | 19355-0701 | 5/23/2014 | UNSECURED | $2,561.52 | | | $2,561.52 |
| 6 | AURORA COMMERCIAL CORP., F/K/A AURORA BANK FSB | C/O FOX ROTHSCHILD LLP | ATTN: JASON C. MANFREY & MICHAEL G. MENKOWITZ | 2000 MARKET ST., 20TH FL. | PHILADELPHIA | PA | 19103-3222 | 5/15/2014 | UNSECURED | $30,967,999.51 | | | $30,967,999.51 |
| 14 | CITY AND COUNTY OF DENVER/TREASURY | ATTN: KAREN KATROS, BANKRUPTCY ANALYST | 201 W. COLFAX AVENUE, DEPARTMENT 1001 | | DENVER | CO | 80202 | 11/3/2014 | PRIORITY, SECURED | $129,835.01 | $23,950.94 | $105,884.07 | |
| 11 | CNT GROUP, INC. | 6750 E. EXPOSITION AVE. | | | DENVER | CO | 80224 | 8/28/2014 | UNSECURED | AMENDED | | | |
| 13 | CNT GROUP, INC. | 6750 E. EXPOSITION AVE. | | | DENVER | CO | 80224 | 9/19/2014 | UNSECURED | $4,323.21 | | | $4,323.21 |
| 1 | DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | C/O ELIZABETH WELLER | 2777 N. STEMMONS FREEWAY, SUITE 1000 | DALLAS | TX | 75207 | 4/17/2014 | SECURED | AMENDED | | | |
| 19 | DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | C/O ELIZABETH WELLER | 2777 N. STEMMONS FREEWAY, SUITE 1000 | DALLAS | TX | 75207 | 9/5/2015 | SECURED | $2,033.12 | $2,033.12 | | |
| 2 | GREATAMERICA FINANCIAL SERVICES CORPORATION | ATTN: PEGGY UPTON, LITIGATION SPECIALIST | PO BOX 609 | | CEDAR RAPIDS | IA | 52406 | 4/19/2014 | UNSECURED, SECURED | WITHDRAWN | | | |
| 3 | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 5/2/2014 | UNSECURED, PRIORITY | AMENDED | | | |
| 10 | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 7/2/2014 | PRIORITY | $18,816.25 | | $18,816.25 | |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | 6/19/2014 | PRIORITY | WITHDRAWN | | | |
| 16 | PNC EQUIPMENT FINANCE, LLC | ATTN: NIKKI TIERNEY | 995 DALTON AVE. | | CINCINNATI | OH | 45203 | 1/13/2015 | UNSECURED | $28,655.16 | | | $28,655.16 |
| 15 | STATE OF DELAWARE, DIVISION OF CORPORATIONS | 401 FEDERAL STREET, STE 4 | | | DOVER | DE | 19901 | 1/14/2015 | PRIORITY | $69.86 | | $69.86 | |
| 17 | STEWART LENDER SERVICES, INC. | C/O LOCKE LORD LLP | ATTN: W. STEVEN BRYANT, ESQ. | 600 TRAVIS ST., SUITE 2800 | HOUSTON | TX | 77002 | 1/15/2015 | SECURED | $675,474.75 | $675,474.75 | | |
| 4 | TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | 5/3/2014 | PRIORITY | WITHDRAWN | | | |
| 5 | TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | 5/3/2014 | ADMINISTRATIVE | WITHDRAWN | | | |
| 12 | TW TELECOM INC. | LINDA BOYLE | 10475 PARK MEADOWS DRIVE, #400 | | LITTLETON | CO | 80124 | 8/29/2014 | UNSECURED | WITHDRAWN | | | |
| 8 | US BANK NA DBA US BANK EQUIPMENT FINANCE | 1310 MADRID STREET | | | MARSHALL | MN | 56258 | 6/16/2014 | UNSECURED, SECURED | $11,843.35 | $3,000.00 | | $8,843.35 |
| 18 | XL SPECIALTY INSURANCE COMPANY | C/O CLYDE & CO. US LLP | ATTN: LESLIE S. AHARI | 1000 POTOMAC STREET, 5TH FLOOR | WASHINGTON | DC | 20007 | 1/20/2015 | UNSECURED | $2,904,977.83 | | | $2,904,977.83 |

In re: Allonhill, LLC
Case No. 14-10663 (KG)

## Claims Register as of 07/01/2018
Sorted by Claim Number

| CLAIM NO. | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | DATE FILED | AMOUNT CLASS | TOTAL AMOUNT | SECURED | PRIORITY | UNSECURED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | C/O ELIZABETH WELLER | 2777 N. STEMMONS FREEWAY, SUITE 1000 | DALLAS | TX | 75207 | 4/17/2014 | SECURED | AMENDED | | | |
| 2 | GREATAMERICA FINANCIAL SERVICES CORPORATION | ATTN: PEGGY UPTON, LITIGATION SPECIALIST | PO BOX 609 | | CEDAR RAPIDS | IA | 52406 | 4/19/2014 | UNSECURED, SECURED | WITHDRAWN | | | |
| 3 | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 5/2/2014 | UNSECURED, PRIORITY | AMENDED | | | |
| 4 | TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | 5/3/2014 | PRIORITY | WITHDRAWN | | | |
| 5 | TENNESSEE DEPARTMENT OF REVENUE | C/O ATTORNEY GENERAL | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | 5/3/2014 | ADMINISTRATIVE | WITHDRAWN | | | |
| 6 | AURORA COMMERCIAL CORP., F/K/A AURORA BANK FSB | C/O FOX ROTHSCHILD LLP | ATTN: JASON C. MANFREY & MICHAEL G. MENKOWITZ | 2000 MARKET ST., 20TH FL. | PHILADELPHIA | PA | 19103-3222 | 5/15/2014 | UNSECURED | $30,967,999.51 | | | $30,967,999.51 |
| 7 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. | BECKET AND LEE LLP | ATTORNEYS/AGENT FOR CREDITOR | POB 3001 | MALVERN | PA | 19355-0701 | 5/23/2014 | UNSECURED | $2,561.52 | | | $2,561.52 |
| 8 | US BANK NA DBA US BANK EQUIPMENT FINANCE | 1310 MADRID STREET | | | MARSHALL | MN | 56258 | 6/16/2014 | UNSECURED, SECURED | $11,843.35 | $3,000.00 | | $8,843.35 |
| 9 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | ALBANY | NY | 12205-0300 | 6/19/2014 | PRIORITY | WITHDRAWN | | | |
| 10 | INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 7/2/2014 | PRIORITY | $18,816.25 | | $18,816.25 | |
| 11 | CNT GROUP, INC. | 6750 E. EXPOSITION AVE. | | | DENVER | CO | 80224 | 8/28/2014 | UNSECURED | AMENDED | | | |
| 12 | TW TELECOM INC. | LINDA BOYLE | 10475 PARK MEADOWS DRIVE, #400 | | LITTLETON | CO | 80124 | 8/29/2014 | UNSECURED | WITHDRAWN | | | |
| 13 | CNT GROUP, INC. | 6750 E. EXPOSITION AVE. | | | DENVER | CO | 80224 | 9/19/2014 | UNSECURED | $4,323.21 | | | $4,323.21 |
| 14 | CITY AND COUNTY OF DENVER/TREASURY | ATTN: KAREN KATROS, BANKRUPTCY ANALYST | 201 W. COLFAX AVENUE, DEPARTMENT 1001 | | DENVER | CO | 80202 | 11/3/2014 | PRIORITY, SECURED | $129,835.01 | $23,950.94 | $105,884.07 | |
| 15 | STATE OF DELAWARE, DIVISION OF CORPORATIONS | 401 FEDERAL STREET, STE 4 | | | DOVER | DE | 19901 | 1/14/2015 | PRIORITY | $69.86 | | $69.86 | |
| 16 | PNC EQUIPMENT FINANCE, LLC | ATTN: NIKKI TIERNEY | 995 DALTON AVE. | | CINCINNATI | OH | 45203 | 1/13/2015 | UNSECURED | $28,655.16 | | | $28,655.16 |
| 17 | STEWART LENDER SERVICES, INC. | C/O LOCKE LORD LLP | ATTN: W. STEVEN BRYANT, ESQ. | 600 TRAVIS ST., SUITE 2800 | HOUSTON | TX | 77002 | 1/15/2015 | SECURED | $675,474.75 | $675,474.75 | | |
| 18 | XL SPECIALTY INSURANCE COMPANY | C/O CLYDE & CO. US LLP | ATTN: LESLIE S. AHARI | 1000 POTOMAC STREET, 5TH FLOOR | WASHINGTON | DC | 20007 | 1/20/2015 | UNSECURED | $2,904,977.83 | | | $2,904,977.83 |
| 19 | DALLAS COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | C/O ELIZABETH WELLER | 2777 N. STEMMONS FREEWAY, SUITE 1000 | DALLAS | TX | 75207 | 9/5/2015 | SECURED | $2,033.12 | $2,033.12 | | |